# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  DESIGNATION OF CHAIR      :  No. 673
                                                 :

OF COMMITTEE ON RULES OF      :  SUPREME COURT RULES DOCKET
                                                 :

EVIDENCE                                      :

## O R D E R

**PER CURIAM:**

AND NOW, this 20th day of August, 2015, Thomas Dolgenos, Esquire, is hereby designated as Chair of the Committee on Rules of Evidence, commencing October 1, 2015.